Opinion issued June 29, 2006









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-05-01108-CV

____________


MARK REYNOLDS, Appellant


V.


MAHA REYNOLDS, Appellee






On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 2005-27761






MEMORANDUM OPINION

 Appellant Mark Reynolds has filed an unopposed motion to dismiss his appeal. 
No opinion has issued. Accordingly, the motion is granted, and the appeal is
dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Taft and Nuchia.